IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

John & Linda Hart

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Deutsche Bank NA Trust and Ocwen Loan Servicing

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 19-8176-CV-ALTMAN   JH

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes  ☐ No
*(check one)*

FILED BY CDS D.C.

FEB 10 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John Hart and Linda Hart |
| Street Address | 3101 Ave. H E |
| City and County | Riviera Beach, Palm Beach |
| State and Zip Code | Florida |
| Telephone Number | 561-360-0387 |
| E-mail Address | 3600387Jh@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Deutche Bank |
| Job or Title (if known) | Bank |
| Street Address | 1661 Worthington Road |
| City and County | West Palm Beach, Palm Beach |
| State and Zip Code | Florida 33409 |
| Telephone Number | 1 800 746 2936 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Ocwen Loan Servicing |
| Job or Title (if known) | Loan Servicing |
| Street Address | 1661 Worthington Road Suite 100 |
| City and County | West Palm Beach, Palm Bech. |

2

        State and Zip Code    *Florida 33409*
        Telephone Number    *1 800 746 2936*
        E-mail Address
        (if known)

Defendant No. 3

        Name
        Job or Title
        (if known)
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address
        (if known)

Defendant No. 4

        Name
        Job or Title
        (if known)
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address
        (if known)

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

Linda E. Hart
3101 Ave H. East
Riviera Beach, Fl. 33404

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __John Hart__, is a citizen of the State of *(name)* __Florida__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* __John Hart__, is incorporated under the laws of the State of *(name)* __Florida__, and has its principal place of business in the State of *(name)* __Florida__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* __Dutches Bank__, is a citizen of the State of *(name)* __Florida__. *Or* is a citizen of *(foreign nation)* _____.

4

  b. If the defendant is a corporation

The defendant, *(name)* __Deutsche Bank__, is incorporated under the laws of the State of *(name)* __Florida__, and has its principal place of business in the State of *(name)* __New York City__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

~~$ 300,004.00~~    ~~$304,000.00~~

~~$ 304,000.00~~

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ocwening Loan Service was Servicing my loan and made false claims on the Servicing of my loan. Which I have documents to prove to the court. That's why I want a fair Trial to prove my case.

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_To keep my house and property._

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _2-8-_, 20_20_

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff _JOHN HART_

### B. For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney         N/A
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
                              _____
Telephone Number              _____
E-mail Address                _____